# Exhibit

# 6

U.S. Patent No. RE 50,625 Claim Chart






1

| | Claim Language | Accused Product |
|---|---|---|
| 22 | A charger plug capable of connecting with a two or three receptacle power source to convert l20V input power received from the power source to DC output power, | Charger plug with two prongs capable of being plugged into two receptacle power outlet. Two prongs |
| 22 | the charger plug being electrically connectable to a rechargeable electronic device via a power cord for providing the DC output power thereto, | Charger plug connected to a USB power cord that provides output power using DC current |

2

| | Claim Language | Accused Product |
|---|---|---|
| 22 | the charger plug including a housing, | Charger plug's housing of the internal circuitry (not pictured) |
| 22 | the charger plug comprising: first and second separate blade members secured within the housing so as to have prong portions of the blade members positioned in order to extend in a first direction from a front wall of the housing, | First direction. First and second blade members non-movably secured within the housing. Front wall of the housing. |

3

| | Claim Language | Accused Product |
|---|---|---|
| 22 | the prong portions adapted to be received in the receptacle openings of the power source; | **Prongs** can be plugged into power source |
| 22 | the charger plug including a DC connector having an aperture adapted to removably receive a corresponding power cord plug end for transmitting DC power to the rechargeable electronic device; | DC connector aperture is for removable USB cable power cord transmits power using DC current |

4

| | Claim Language | Accused Product |
|---|---|---|
| 22 | the charger plug housing forming | Housing |
| 22 | a) a charger plug face area defined by the front wall | Front wall of charger plug contains the slots for the prongs. Face area |

5

| | Claim Language | Accused Product |
|---|---|---|
| 22 | b) an outer profile defined by a perimeter of the front wall | Front wall<br><br>Outer profile shown at an angle which is the surrounding area below the front wall |
| 22 | and defined by a plug body extending rearward from the front wall and<br><br>c) a rear end opposite the front wall; | Front wall (not pictured)<br>Plug body<br>Rear end |

6

| | Claim Language | Accused Product |
|---|---|---|
| 22 | a printed circuit board located within the housing and haying the DC connector mounted thereon, | DC connector mounted on circuit board |
| 22 | the housing haying a connector opening at the rear end for providing access to the DC connector aperture by the power cord plug; | DC connector opening for removable USB cable power cord plug |

7

|  | Claim Language | Accused Product |
|---|---|---|
| 22 | the charger plug configured to be capable of plugging into a standard wall outlet and further: |  |
| 22 | i) being sized so that the charger plug housing comprises a longitudinal length extending between the front wall and the rear end and the longitudinal length is less than 2.0 inches, | |

8

|  | Claim Language | Accused Product |
|---|---|---|
| 22 | And comprises an outer profile having a width less than 1.75 inches, and | 1.670 inches [lateral] width of the housing is less than 1.75 inches |
| 22 | ii) the outer profile having no interference with an adjacent receptacle of the power source located on all sides of the first receptacle when a like charger plug is mounted in all available orientations in any of the other receptacles, | *Similar chargers shown for reference<br><br>Outer profile of charger plug having no interference with other similar charger plugs. |

9

| | Claim Language | Accused Product |
|---|---|---|
| 22 | so that when space is limited by an obstacle adjacent or in front of the power source the charger plug is capable of being conveniently mounted to one of the receptacles, | *Similar chargers shown for reference<br><br>The charger plug is mounted to a four wall outlet shown in opposite orientation, having no interference with bottom receptacle. |

10

|  | Claim Language | Accused Product |
|---|---|---|
| 22 | the power cord plug end may be conveniently received by the DC connector | USB power cord inserted inside one of the DC connectors of the charger plug. |
| 22 | and the power cord plug end can be conveniently removed from the DC connector while leaving the charger plug connected to the receptacle. | USB power cord removed while charger plug is still connected to four wall outlet. |

11

| | Claim Language | Accused Product |
|---|---|---|
| 23 | A charger plug capable of connecting with a two or three receptacle power source to convert l20V input power received from the power source to DC output power, | Charger plug with two prongs capable of being plugged into two receptacle power outlet. Two prongs |
| 23 | the charger plug being electrically connectable to a rechargeable electronic device via a power cord for providing the DC output power thereto, | Charger plug connected to a USB power cord that provides output power using DC current |

|  | Claim Language | Accused Product |
|---|---|---|
| 23 | the charger plug including a housing, | Charger plug's housing of the internal circuitry (not pictured) |
| 23 | the charger plug comprising: first and second separate blade members non-movably secured within the housing so as to have prong portions of the blade members positioned in order to extend in a first direction from openings through a front wall of the housing, | First direction. First and second blade members non-movably secured within the housing. Front wall of the housing. |

13

| | Claim Language | Accused Product |
|---|---|---|
| 23 | the prong portions adapted to be received in the receptacle openings of the power source; | Prongs can be plugged into power source |
| 23 | the charger plug including a DC connector having an aperture adapted to removably receive a corresponding power cord plug end for transmitting DC power to the rechargeable electronic device; | DC connector aperture is for removable USB cable power cord transmits power using DC current |

14

|  | Claim Language | Accused Product |
|---|---|---|
| 23 | the charger plug housing forming | Housing |
| 23 | a) a charger plug face area defined by the front wall | Front wall of charger plug contains the slots for the prongs. Face area |



15

|  | Claim Language | Accused Product |
|---|---|---|
| 23 | b) an outer profile defined by a perimeter of the front wall | Front wall — Outer profile shown at an angle which is the surrounding area below the front wall |
| 23 | and defined by a plug body extending rearward from the front wall and<br><br>c) a rear end opposite the front wall; | Front wall (not pictured) — Plug body — Rear end |

16

|  | Claim Language | Accused Product |
|---|---|---|
| 23 | b) an outer profile defined by a perimeter of the front wall and defined by a plug body extending rearward from the front wall and |  |
| 23 | c) a rear end opposite the front wall; | |

| | Claim Language | Accused Product |
|---|---|---|
| 23 | a printed circuit board located within the housing and having a front end adjacent the inside of the front wall; | Inside of the front wall<br><br>Printed circuit board front end |
| 23 | the charger plug configured to be capable of plugging into a standard wall outlet and further: | Capable of plugging into a standard wall outlet |

18

|  | Claim Language | Accused Product |
|---|---|---|
| 23 | i) being sized so that the charger plug housing comprises a longitudinal length extending between the front wall and the rear end and the longitudinal length is less than 2.0 inches, and | Front wall<br><br>1.628 inches longitudinal length is less than 2.0 inches<br><br>Rear end |

|  | Claim Language | Accused Product |
|---|---|---|
| 23 | ii) the outer profile having no interference with an adjacent receptacle of the power source located on all sides of the first receptacle when a like charger plug is mounted in all available orientations in any of the other receptacles, | Outer profile of charger plug having no interference with other similar charger plugs. <br><br> *Similar chargers shown for reference |
| 23 | so that when space is limited by an obstacle adjacent or in front of the power source the charger plug is capable of being conveniently mounted to one of the receptacles, | *Similar chargers shown for reference <br><br> The charger plug is mounted to a four wall outlet shown in opposite orientation, having no interference with bottom receptacle. |

|  | Claim Language | Accused Product |
|---|---|---|
| 23 | the power cord plug end may be conveniently received by the DC connector, | USB power cord inserted inside one of the DC connectors of the charger plug. |
| 23 | and the power cord plug end can be conveniently removed from the DC connector while leaving the charger plug connected to the receptacle and | USB power cord removed while charger plug is still connected to four wall outlet. |

21

| | Claim Language | Accused Product |
|---|---|---|
| | | |
| 23 | (iii) having permanent spring-loaded electrical connections between the non-movable blade members and the front end of the printed circuit board. | Spring loaded electrical connections<br><br>Front end of printed circuit board<br><br><br><br>Spring loaded electrical connections<br><br>Non-movable blade members |

22

| | Claim Language | Accused Product |
|---|---|---|
| 26 | The charger plug of claim 23, wherein the spring-loaded electrical connections are made by spring contacts that connect electrically to the printed circuit board and the blade members without being soldered to either. | Spring-loaded electrical connections to printed circuit board – No solder<br><br>Spring-loaded electrical connections to blade members – No solder<br><br>blade members |

| | Claim Language | Accused Product |
|---|---|---|
| 28 | The charger plug of claim 23, wherein: the DC connector is mounted on a surface of the printed circuit board at a location within the charger plug housing; | DC connector mounted on circuit board |
| 28 | the charging plug housing has a connector opening at the rear end for providing access to the DC connector aperture by the power *cord plug*; and the power cord plug end is insertable within the DC connector aperture along a second longitudinal insertion axis of the connector aperture that is substantially in-line with the first direction | Second longitudinal USB power cord plug insertion axis / First direction |

24

|  | Claim Language | Accused Product |
|---|---|---|
| 29 | The charger plug of claim 23, wherein the charger plug housing exterior includes indicia with information relating to requirements of applicable regulatory bodies |  |
|  |  |  |

25

| | Claim Language | Accused Product |
|---|---|---|
| 30 | A charger plug capable of connecting with a two or three receptacle power source to convert l20V input power received from the power source to DC output power, | Charger plug with two prongs capable of being plugged into two receptacle power outlet.<br><br>Two prongs |

26

| 30 | the charger plug being electrically connectable to a rechargeable electronic device via a power cord for providing the DC output power thereto, | Charger plug connected to a USB power cord that provides output power using DC current |

27

| | Claim Language | Accused Product |
|---|---|---|
| 30 | the charge portion is adapted to be received in the receptacle openings of the power source; |
**Prongs** can be plugged into power source |
| 30 | the charger plug comprising: first and second separate blade members secured within the housing so as to have prong portions of the blade members positioned in order to extend in a first direction from a front wall of the housing, |
First and second members non-m secured within t
Front wall of the housing. |
| 30 | the charger plug including a DC connector having an aperture adapted to removably receive a corresponding power cord plug end for transmitting DC power to the rechargeable electronic device; |
DC connector aperture is for removable USB cable power cord transmits power using DC current |

28

| | Claim Language | Accused Product |
|---|---|---|
| 30 | and converter circuitry mounted on a printed circuit board located within the housing for converting the AC input power to the DC output power; | AC input power / Converter circuitry mounted on a printed circuit board (housing cut away for visibility) / DC output power |
| | | |

| | Claim Language | Accused Product |
|---|---|---|
| 30 | the charger plug housing forming | Housing |
| 30 | a) a charger plug face area defined by the front wall | Front wall of charger plug contains the slots for the prongs. Face area |

30

|  | Claim Language | Accused Product |
|---|---|---|
| 30 | b) an outer profile defined by a perimeter of the front wall | Front wall<br><br>Outer profile shown at an angle which is the surrounding area below the front wall |
| 30 | and defined by a plug body extending rearward from the front wall and<br><br>c) a rear end opposite the front wall; | Front wall (not pictured)<br><br>Plug body<br><br>Rear end |

31

|   | Claim Language | Accused Product |
|---|---|---|
| 30 | the charger plug configured to be capable of plugging into a standard wall outlet and further: |  |
| 30 | i) being sized so that the charger plug housing comprises a longitudinal length extending between the front wall and the rear end and the longitudinal length is less than 2.0 inches, | |

32

| | Claim Language | Accused Product |
|---|---|---|
| 30 | a width of the housing outer profile being less than 1.75 inches, and | 1.670 inches [lateral] width of the housing is less than 1.75 inches |
| 30 | ii) the outer profile having no interference with an adjacent receptacle of the power source located on all sides of the first receptacle when a like charger plug is mounted in all available orientations in any of the other receptacles, | *Similar chargers shown for reference. Outer profile of charger plug having no interference with other similar charger plugs. |

33

| | Claim Language | Accused Product |
|---|---|---|
| 30 | so that when space is limited by an obstacle adjacent or in front of the power source the charger plug is capable of being conveniently mounted to one of the receptacles, | *Similar chargers shown for reference<br><br>The charger plug is mounted to a four wall outlet shown in opposite orientation, having no interference with bottom receptacle. |

34

| | Claim Language | Accused Product |
|---|---|---|
| 30 | the power cord plug end may be conveniently received by the DC connector, | USB power cord inserted inside one of the DC connectors of the charger plug. |
| 30 | and the power cord plug end can be conveniently removed from the DC connector while leaving the charger plug connected to the receptacle and | USB power cord removed while charger plug is still connected to four wall outlet. |

|  | Claim Language | Accused Product |
|---|---|---|
| 30 | (iii) the charger plug housing exterior including indicia with information relating to requirements of applicable regulatory bodies. |  |
|  |  |  |

| | Claim Language | Accused Product |
|---|---|---|
| 31 | The charger plug of claim 30, wherein the indicia are imprinted on the charger plug face area |  |
| | | |

37

| | Claim Language | Accused Product |
|---|---|---|
| | | |
| 33 | The charger plug of claim 30, wherein the blade members make permanent spring-loaded electrical connections with the printed circuit board by spring contacts that connect electrically to the printed circuit board and the blade members without being soldered to either. | |

38

| | Claim Language | Accused Product |
|---|---|---|
| 36 | A charger plug capable of connecting with a two or three receptacle power source to convert l20V input power received from the power source to DC output power, | Charger plug with two prongs capable of being plugged into two receptacle power outlet. Two prongs |

39

| 36 | the charger plug being electrically connectable to a rechargeable electronic device via a power cord for providing the DC output power thereto, | Charger plug connected to a USB power cord that provides output power using DC current |

40

| | Claim Language | Accused Product |
|---|---|---|
| 36 | the charger plug including a housing, | Charger plug's housing of the internal circuitry (not pictured) |
| 36 | the charger plug comprising: first and second separate blade members non-movably secured within the housing so as to have prong portions of the blade members positioned in order to extend in a first direction from openings through a front wall of the housing, | First direction. First and second blade members non-movably secured within the housing. Front wall of the housing. |

|  | Claim Language | Accused Product |
|---|---|---|
| 36 | the prong portions adapted to be received in the receptacle openings of the power source; | Prongs can be plugged into power source |
| 36 | the charger plug including a DC connector having an aperture adapted to removably receive a corresponding power cord plug end for transmitting DC power to the rechargeable electronic device; | DC connector aperture is for removable USB cable power cord transmits power using DC current |

42

| | Claim Language | Accused Product |
|---|---|---|
| 36 | and converter circuitry mounted on a printed circuit board located within the housing for converting the AC input power to the DC output power; | |
| | | |

|  | Claim Language | Accused Product |
|---|---|---|
| 36 | the charger plug housing forming | Housing |
| 36 | a) a charger plug face area defined by the front wall | Front wall of charger plug contains the slots for the prongs. / Face area |

44

| | Claim Language | Accused Product |
|---|---|---|
| 36 | b) an outer profile defined by a perimeter of the front wall | Front wall<br><br>Outer profile shown at an angle which is the surrounding area below the front wall |
| 36 | and defined by a plug body extending rearward from the front wall and<br><br>c) a rear end opposite the front wall; | Front wall (not pictured)<br><br>Plug body<br><br>Rear end |

45

| | Claim Language | Accused Product |
|---|---|---|
| 36 | the printed circuit board having a front end adjacent the inside of the front wall; | Inside of the front wall<br><br>Printed circuit board front end |
| 36 | the charger plug configured to be capable of plugging into a standard wall outlet and further: | Capable of plugging into a standard wall outlet |

46

|  | Claim Language | Accused Product |
|---|---|---|
| 36 | i) being sized so that the charger plug housing comprises a longitudinal length extending between the front wall and the rear end and the longitudinal length is less than 2.0 inches, | Front wall; 1.628 inches longitudinal length is less than 2.0 inches; Rear end |
| 36 | a width of the housing outer profile being less than 1.75 inches, and | 1.670 inches [lateral] width of the housing is less than 1.75 inches |

47

| | Claim Language | Accused Product |
|---|---|---|
| 36 | ii) the outer profile having no interference with an adjacent receptacle of the power source located on all sides of the first receptacle when a like charger plug is mounted in all available orientations in any of the other receptacles, | Outer profile of charger plug having no interference with other similar charger plugs. *Similar chargers shown for reference |
| 36 | so that when space is limited by an obstacle adjacent or in front of the power source the charger plug is capable of being conveniently mounted to one of the receptacles, | *Similar chargers shown for reference The charger plug is mounted to a four wall outlet shown in opposite orientation, having no interference with bottom receptacle. |

| | Claim Language | Accused Product |
|---|---|---|
| 36 | the power cord plug end may be conveniently received by the DC connector, | USB power cord inserted inside one of the DC connectors of the charger plug. |
| 36 | and the power cord plug end can be conveniently removed from the DC connector while leaving the charger plug connected to the receptacle and | USB power cord removed while charger plug is still connected to four wall outlet. |

49

| Claim Language | Accused Product |
|---|---|
|  |  |

50

| | Claim Language | Accused Product |
|---|---|---|
| 36 | (iii) having permanent spring-loaded electrical connections between the non-movable blade members and the front end of the printed circuit board. |  Spring loaded electrical connections<br><br>Front end of printed circuit board<br><br>Spring loaded electrical connections<br><br>Non-movable blade members |

51

| 37 | The charger plug of claim 36, wherein: the DC connector is mounted on a surface of the printed circuit board at a location within the charger plug housing; | |
| 37 | the charging plug housing has a connector opening at the rear end for providing access to the DC connector aperture by the power *cord plug*; and the power cord plug end is insertable within the DC connector aperture along a second longitudinal insertion axis of the connector aperture that is substantially in-line with the first direction | |



DC connector mounted on circuit board

Second longitudinal USB power cord plug insertion axis

First direction

| | Claim Language | Accused Product |
|---|---|---|
| | | |
| 38 | The charger plug of claim 36, wherein the permanent spring-loaded electrical connections are made by spring contacts that connect electrically to the printed circuit board and the blade members without being soldered to either. | Spring-loaded electrical connections to printed circuit board – No solder<br><br>Spring-loaded electrical connections to blade members – No solder<br><br>blade members |

| | Claim Language | Accused Product |
|---|---|---|
| 41 | The charger plug of claim 36, wherein the charger plug housing exterior includes indicia with information relating to requirements of applicable regulatory bodies |  |
| | | |

54